MECHANICS AND TRADERS' BANK, Appellant, *v.* LUDWIG STETTHEIMER, Respondent.

*Mechanics & Traders' Bank* v. *Stettheimer*, 122 App. Div. 920, affirmed.
(Argued April 6, 1909; decided April 27, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 27, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon an alleged verbal contract of guaranty.

*F. E. Anderson, Charles Strauss* and *Eugene D. Boyer* for appellant.

*Samuel H. Guggenheimer* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.